# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRIAN CRISMAN,

    Petitioner,

vs.

WARDEN LeGRAND, *et al.*,

    Respondents.

Case No. 3:14-cv-00636-HDM-WGC

**ORDER**

    This closed action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. On October 21, 2015, the Court dismissed this action because it was filed after the expiration of the AEDPA statute of limitations. (ECF No. 7). In the dismissal order, the Court denied petitioner a certificate of appealability. (ECF No. 7, at p. 2). Judgment was entered on October 21, 2015. (ECF No. 8).

    Petitioner filed a notice of appeal on December 16, 2015. (ECF No. 9). On the same date, petitioner filed in this Court two motions that are captioned for the Ninth Circuit Court of Appeals – a motion for a certificate of appealability (ECF No. 10) and a motion for the appointment of counsel (ECF No. 11). These two motions are denied as not properly before this Court. Also on December 16, 2015, petitioner filed a motion to extend prison copywork limit, which is captioned for this Court. The motion to extend copywork is denied, as petitioner gives no good cause to support his motion. In the meantime, on February 29, 2016, the Ninth Circuit Court of Appeals denied petitioner a certificate of appealability and denied all pending motions in the appeal. (ECF No. 14).

**IT IS THEREFORE ORDERED** that petitioner's motion for a certificate of appealability (ECF No. 10), motion for the appointment of counsel on appeal (ECF No. 11), and motion to extend copywork (ECF No. 12) are **DENIED.**

**IT IS FURTHER ORDERED** that petitioner shall file no further documents in this closed action.

Dated this 27th day of June, 2016.

_Howard D. McKibben_
HOWARD D. McKIBBEN
UNITED STATES DISTRICT JUDGE